form and Control Act of 1986, Pub. L. 99–603.

No. — – ——.   JAMES v. CITY OF TROY ET AL.  Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. — – ——.   HANSEN v. CITY OF SAN BUENAVENTURA. Motion of appellant to dispense with printing portions. of the appendix to the jurisdictional statement denied.

No. A–615 (86–6562).   McDONALD v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE. Chan. Ct. Tenn., Davidson County.   Application for temporary injunction and other relief, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–732.   LINNAS v. IMMIGRATION AND NATURALIZATION SERVICE.   Application for stay of deportation, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.   The order heretofore entered by JUSTICE MARSHALL on April 6, 1987, is vacated.   JUSTICE BRENNAN, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant the application for stay.

No. D–588.   IN RE DISBARMENT OF SPEERT.   Disbarment entered.   [For earlier order herein, see 479 U. S. 958.]

No. D–599.   IN RE DISBARMENT OF HENRY.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1026.]

No. D–601.   IN RE DISBARMENT OF INTINI.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1026.]

No. D–607.   IN RE DISBARMENT OF EIMERS.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1078.]

No. D–610.   IN RE DISBARMENT OF LOPEZ.   Vincent Cabrera Lopez, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on March 2, 1987 [480 U. S. 902], is hereby discharged.

No. D–628.   IN RE DISBARMENT OF BRUMFIELD.   It is ordered that H. Alva Brumfield III, of Baton Rouge, La., be sus-